JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carson Ezati, <br><br> Plaintiff(s), <br><br> v. <br><br> Ocwen Loan Servicing, LLC, <br><br> Defendant(s). | Case No. SACR 17-00834- JVS(DFMx) <br><br> ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED: October 25, 2018

_____
James V. Selna
United States District Judge